### FINNEGAN v. McDONALD.

Decided September 30, 1926.

On application for re-argument.

Before Justices PARKER, BLACK and CAMPBELL.

PER CURIAM.

After consideration of the matters set forth in the petition for re-argument, we conclude that the application should be denied.

Such will be the order.